IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATTHEW W. BARNETT,                                                                         PLAINTIFF
ADC #135607

v.                              CASE NO. 4:14CV00699 BSM

DOC HOLLADAY, et al.                                                                      DEFENDANTS

## ORDER

The partial recommended disposition filed by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety. Accordingly, Barnett's motion for default judgment and his motion to strike [Doc. Nos. 53 & 54] are denied.

IT IS SO ORDERED this 14th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE