**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MATTHEW W. BARNETT,**                                                                           **PLAINTIFF**
**ADC #135607**

v.                              **CASE NO. 4:14CV00699 BSM**

**DOC HOLLADAY, et al.**                                                                          **DEFENDANTS**

**ORDER**

The recommended disposition submitted by United States Magistrate Judge Beth Deere and the plaintiff's objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, the recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. The defendants' motion for summary judgment [Doc. No. 98] is granted. Barnett's First Amendment claim is dismissed with prejudice. His deliberate indifference claims are dismissed without prejudice for failure to exhaust his administrative remedies.

2. Barnett's motions for summary judgment [Doc. Nos. 76, 88] are denied as moot.

IT IS SO ORDERED this 17th day of February 2016.

_____
UNITED STATES DISTRICT JUDGE